[No. 8915-1-III. Division Three. October 25, 1988.]

*In the Matter of the Marriage of* JOHN M. TIMPERIO, *Appellant, and* MARY ELLEN LOUISE TIMPERIO, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-3-02048-7, John A. Schultheis, J., entered September 22, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and McInturff, J. Pro Tem.

[No. 7763-2-III. Division Three. October 25, 1988.]

GARY J. BUTLER, ET AL, *Appellants,* v. KIM BLUME, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-2-01180-4, Albert J. Yencopal, J., entered March 14, 1986. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 11222-1-II. Division Two. October 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87-1-00044-8, Dale M. Nordquist, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.